**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>KEVIN JOHNSON<br>VENISHA M. WHITE-JOHNSON<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 09-46848<br>JUDGE: Cox |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

Now comes, Deutsche Bank National Trust Company, as Trustee for the registered holders of Soundview Home Loan Trust 2008, by and through counsel in response to Trustee's Notice of Final Mortgage Cure, states as follows: As of 06/01/2011 the following post-petition sums are due and collectable:

04/2011 – 06/2011 monthly payments at = $ 1,976.28
$658.76 each

Late Charges
04/2011 – 06/2011
$32.94 each = $98.82

Escrow Disbursements
$3448.36

Suspense Credit
($197.64)

TOTAL = $ 5,325.82

        Respectfully submitted,

        /s/ Todd J. Ruchman
        Attorney for Deutsche Bank National Trust Company,
        as Trustee for the registered holders of Soundview
        Home Loan Trust 2008

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-035854

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**